IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CYNTHIA PUTCHAT,<br>3013 Q Street, NW<br>Washington, D.C. 20007,<br><br>and<br><br>JEFF KAMEN,<br>3013 Q Street, NW<br>Washington, D.C. 20007,<br><br>     Plaintiffs,<br><br>v.<br><br>TRAVELERS INSURANCE<br>COMPANY,<br>One Tower Square<br>Hartford, Connecticut 06183,<br><br>     Defendant. | Case No. _____ |

## NOTICE OF REMOVAL

Defendant The Standard Fire Insurance Company ("Standard Fire"), incorrectly identified in the Complaint as Travelers Insurance Company, by its undersigned counsel, pursuant to 28 U.S.C. § 1446, hereby removes this action from the Superior Court for the District of Columbia to the United States District Court for the District of Columbia. The grounds for removal are:

    1.    Plaintiffs Cynthia Putchat and Jeff Kamen brought this action in the Superior Court for the District of Columbia against Standard Fire. That action is

captioned *Cynthia Putchat et al. v. Travelers Insurance Company*, Civil Action No. 0005926-07, and is referred to hereinafter as the "Superior Court Action." True and correct copies of the Summons, Complaint, and Initial Order in the Superior Court Action are attached hereto as Exhibit A. No other process, pleadings, orders, or papers have been served on Standard Fire in the Superior Court Action.

2. Plaintiffs served Standard Fire's registered agent with process on October 23, 2007. Thus, in accordance with 28 U.S.C. § 1446(b), this Notice of Removal is being filed within 30 days after receipt by service of the Complaint, which was the initial pleading setting forth the claims for relief upon which this action is based.

3. Plaintiffs are citizens of the District of Columbia.

4. Standard Fire is a Connecticut corporation with its principal place of business in Hartford, Connecticut. It is therefore a citizen of Connecticut.

5. Because Plaintiffs are citizens of the District of Columbia, and because Standard Fire is a citizen of Connecticut, diversity of citizenship exists.

6. The Complaint seeks not less than $98,000 in compensatory damages and not less than $100,000 in punitive damages from Standard Fire.

7. This Court has original jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §1332(a)(1) because this action is between citizens of different states, and the amount in controversy exceeds the sum of $75,000.00.

8. Removal of this lawsuit is authorized by 28 U.S.C. § 1441(a).

9.  Attached hereto as Exhibit B is a copy of the notice to the clerk of the Superior Court for the District of Columbia of the filing of this notice of removal, the original of which is being filed with the Clerk of the Superior Court for the District of Columbia, as required by 28 U.S.C. §1446(d).

10. Attached hereto as Exhibit C is a copy of the Notice to the Adverse Party of the Filing of the Notice of Removal, the original of which is being served on Plaintiff's counsel, pursuant to 28 U.S.C. § 1446(a).

Respectfully submitted,

_____
Steven M. Klepper, Bar No. MD 26664
KRAMON & GRAHAM, P.A.
One South Street, Suite 2600
Baltimore, Maryland 21202
410.752.6030 (voice)
410.539.1269 (facsimile)

*Attorneys for Defendant*

Dated: November 13, 2007

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of November, 2007, a copy of this Notice of Removal was sent by first-class mail, postage prepaid, to:

> Eric M. Rome, Esquire
> One Thomas Circle, NW
> Suite 850
> Washington, D.C. 20005
>
> *Counsel for Plaintiffs*

                                    Steven M. Klepper

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Cynthia Putchat; Jeff Kamen | Travelers Insurance Company |

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  11001
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT  88888
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Eric M. Rome, Esquire
One Thomas Circle, NW
Suite 850
Washington, D.C. 20005
(202) 659-2822 ext. 4

ATTORNEYS (IF KNOWN)

Steven M. Klepper
Kramon & Graham, P.A.
One South Street, Suite 2600
Baltimore, MD 21202-3201
(410) 752-6030

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ○ 1 U.S. Government Plaintiff
- ○ 2 U.S. Government Defendant
- ○ 3 Federal Question (U.S. Government Not a Party)
- ● 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ● 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ● 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ○ A. Antitrust
☐ 410 Antitrust

### ○ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ○ C. Administrative Agency Review
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)
Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ○ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ○ E. General Civil (Other)    OR    ○ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant)
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ G. *Habeas Corpus/ 2255*<br><br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ○ H. *Employment Discrimination*<br><br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ○ I. *FOIA/PRIVACY ACT*<br><br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ○ J. *Student Loan*<br><br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ○ K. *Labor/ERISA (non-employment)*<br><br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ○ L. *Other Civil Rights (non-employment)*<br><br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ⦿ M. *Contract*<br><br>☒ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ○ N. *Three-Judge Court*<br><br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

## V. ORIGIN

○ 1 Original Proceeding
⦿ 2 Removed from State Court
○ 3 Remanded from Appellate Court
○ 4 Reinstated or Reopened
○ 5 Transferred from another district (specify)
○ 6 Multi district Litigation
○ 7 Appeal to District Judge from Mag. Judge

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

28 U.S.C. §1332: diversity jurisdiction over claim for breach of contract

## VII. REQUESTED IN COMPLAINT

CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐

DEMAND $ 198,000.00   Check YES only if demanded in complaint
JURY DEMAND:   YES ☒   NO ☐

## VIII. RELATED CASE(S) IF ANY

(See instruction)   YES ☐   NO ☒   If yes, please complete related case form.

DATE 11/13/2007   SIGNATURE OF ATTORNEY OF RECORD _[signature]_

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.  COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed <u>only</u> if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the <u>primary</u> cause of action found in your complaint. You may select only <u>one</u> category. You <u>must</u> also select <u>one</u> corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

CYNTHIA PUTCHAT
3013 Q Street, NW
Washington, DC 20007

and

JEFF KAMEN
3013 Q Street, NW
Washington, DC 20007

    *Plaintiffs,*

v.              Civil Action No. 0005926-07

TRAVELERS INSURANCE COMPANY
One Tower Square
Hartford, CT 06183
Serve: Registered Agent
    *Defendant.*

RECEIVED
Civil Clerk's Office
AUG 2 4 2007
Superior Court of the
District of Columbia
Washington, D.C.

## COMPLAINT FOR BREACH OF INSURANCE CONTRACT

1. This Court has jurisdiction over this matter pursuant to D.C. Code 11-921 and D.C. Code 13-423.

2. Plaintiffs Cynthia Putchat ("Putchat") and Jeff Kamen ("Kamen") are husband and wife, and adult residents of the District of Columbia, and are the owners and residents of the property known as 3013 Q Street NW, Washington, DC (the "Property").

3. Defendant Travelers Insurance Company ("Travelers") is a foreign corporation, licensed and authorized to conduct insurance business in the District of Columbia, and, at all times relevant hereto, issued and maintained, *inter alia,* policies of property and liability insurance in the District of Columbia.

FACTS

4. At all times relevant hereto, Putchat and Kamen were the holders of a property and liability insurance policy issued by Travelers with respect to the Property and the personal property located thereon.

5. On August 11, 2001, the Property was flooded, through no fault of plaintiffs and its sewers backed up as well.

6. As a result of the flooding and sewage backup, the Property's basement, its fixtures, and the personal property located therein were damaged and/or destroyed.

7. Plaintiffs immediately contacted Travelers, who sent an adjuster to the Property. The adjuster conceded liability, inspected all damages and assured plaintiffs that they would be paid the full replacement value for all items that were touched by the contaminated water at Travelers expense. Travelers immediately paid for the replacement of the furnace and hot water heaters after directing the owners to find lower prices for the furnace replacement than the initial bid. Additionally, in reliance on Traveler's representations that they would be reimbursed, plaintiffs paid approximately $5000 to their nanny, to compensate her for the damage to her property located in the basement.

8. At the request of Travelers, and with its assistance, plaintiffs compiled a list of their additional, non-urgent damages, which totaled approximately $98,000. A Travelers representative sent Kamen and Putchat an email saying she hoped to get a check out to them within three days of receipt of the detailed contents claim.

9. After waiting a substantial time, Travelers, which never contested coverage or liability, offered to pay approximately $24,000 to plaintiffs.

2

10. Negotiations between the parties stalled, and on August 25, 2005, counsel for Travelers indicated that it was "closing its file".

11. To this date, the matter has not been resolved by the parties and Travelers has refused to pay plaintiffs the amounts lawfully due under their insurance policy for the covered losses described herein.

## COUNT ONE
### Breach of Contract

12. Paragraphs 1-11 are incorporated by reference.

13. Travelers' failure to compensate plaintiffs for their losses breached their insurance contract and caused plaintiffs the damages described herein.

## COUNT TWO
### Bad Faith Breach of Contract

14. Paragraphs 1-13 are incorporated by reference.

15. Travelers' failure to pay plaintiffs the amounts owed under their policy constitutes a bad faith breach of contract.

WHEREFORE, the foregoing considered, plaintiffs request that they be awarded:

1. No less than $98,000 in compensatory damages for plaintiffs; and

2. No less than $100,000 in punitive damages for Travelers bad faith failure to pay plaintiffs' claim; and

3. Such other and further relief as this Court may deem just and proper.

### Jury Demand

Plaintiffs demand a jury of eight on all issues so triable.

Respectfully submitted,

Eric M. Rome, #367241
One Thomas Circle, NW
Suite 850
Washington, DC 20005
(202) 659-2822x4
eric@eisenrome.com

4

CA Form 1

## Superior Court of the District of Columbia
### CIVIL DIVISION
500 Indiana Avenue, N.W., Room JM-170
Washington, D.C. 20001 Telephone: 879-1133

Cynthia Putchat
3013 Q Street, NW
Washington, DC 20007

and

Jeff Kamen
3013 Q Street, NW
Washington, DC 20007

*Plaintiff*

vs.

TRAVELERS INSURANCE COMPANY
One Tower Square
Hartford, CT 06183
Serve: Registered Agent

*Defendant*

Civil Action No. 0005926-07

### SUMMONS

To the above named Defendant:

    You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

    You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

*Clerk of the Court*

Eric H. Rome
Name of Plaintiff's Attorney

One Thomas Circle, NW, Suite 850
Address
Washington, DC 20005

202-659-2822 x 4
Telephone

By _____
Deputy Clerk

Date 8/24/07

PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170

YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170

NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.

CV(6)-456/May 03

EXHIBIT A

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTECHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (624-1161) or the Neighborhood Legal Services (682-2700) for help or come to Room JM 170 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CYNTHIA PUTCHAT et al., )<br>)<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>TRAVELERS INSURANCE )<br>COMPANY )<br>)<br>    Defendant. ) | Civil Action No. 0005926-07<br>Calendar #:___<br>Judge: Geoffrey M. Alprin<br>Next Event:  Initial Conference<br>                  November 23, 2007<br>                  9:15 a.m. |

**WRITTEN NOTICE PURSUANT TO 28 U.S.C. § 1446(d)
OF FILING OF NOTICE OF REMOVAL IN FEDERAL COURT**

Please take notice that, pursuant to 28 U.S.C. § 1446(d), a Notice of Removal was filed on this date in the United States District Court for the District of Columbia with respect to the above-captioned matter. Attached hereto is a true and correct copy of the Notice of Removal for filing in the Superior Court for the District of Columbia to effectuate the removal of this action to the United States District Court for the District of Columbia and to stay all further proceedings in this Court.

07606/0/00329060.WPDv1

EXHIBIT B

>Respectfully submitted,
>
>/s/ Steven M. Klepper
>Steven M. Klepper, #501899
>KRAMON & GRAHAM, P.A.
>One South Street, Suite 2600
>Baltimore, Maryland 21202
>410.752.6030 (voice)
>410.539.1269 (facsimile)
>sklepper@kg-law.com
>
>*Attorneys for Defendant*

Dated: November 13, 2007

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of November, 2007, a copy of the foregoing paper was filed electronically and sent by first-class mail, postage prepaid, to

>Eric M. Rome, Esquire
>One Thomas Circle, NW
>Suite 850
>Washington, D.C. 20005
>
>*Counsel for Plaintiffs*

>/s/ Steven M. Klepper
>Steven M. Klepper