IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CYNTHIA PUTCHAT et al., ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> TRAVELERS INSURANCE ) <br> COMPANY ) <br> ) <br> Defendant. ) | Case No. _____ |

### DISCLOSURE OF CORPORATE INTEREST
(The Standard Fire Insurance Company)

Pursuant to Local Rule 103.3, Defendant The Standard Fire Insurance Company ("Standard Fire"), incorrectly identified in the Complaint as Travelers Insurance Company, by its undersigned attorneys, makes the following disclosure.

Standard Fire is a wholly owned subsidiary of Travelers Insurance Group Holdings, Inc., which is a wholly owned subsidiary of Travelers Property Casualty Corp., which is a wholly owned subsidiary of The Travelers Companies, Inc., a publicly held corporation.

Standard Fire is not aware of any other corporations, unincorporated associations, partnerships or other business entities, not a party to the case, which may have a financial interest in the outcome of this case.

        Respectfully submitted,

        _____
        Steven M. Klepper, Bar No. 26664
        KRAMON & GRAHAM, P.A.
        One South Street, Suite 2600
        Baltimore, Maryland 21202
        410.752.6030 (voice)
        410.361.8226 (facsimile)
        sklepper@kg-law.com

        *Attorneys for Defendants*

Dated: November 13, 2007

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of November, 2007, I mailed, postage prepaid, by first-class mail, a copy of the foregoing paper to:

    Eric M. Rome, Esquire
    One Thomas Circle, NW
    Suite 850
    Washington, D.C. 20005

    *Counsel for Plaintiffs*

_____
Steven M. Klepper