IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CYNTHIA PUTCHAT et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Case No. 07cv2051 (RJL) |
| | ) | |
| TRAVELERS INSURANCE COMPANY, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**ERRATA SHEET**

Defendant The Standard Fire Insurance Company ("Standard Fire"), incorrectly identified in the Complaint as Travelers Insurance Company, files the following errata sheet with respect to the Notice of Removal (Docket No. 1) that it filed on November 13, 2007.

On November 16, 2007, the Clerk's office informed counsel that the following two exhibits to the Notice of Removal, supplied on diskette in PDF format, were corrupted:

Exhibit A – Initial Order and Addendum

Exhibit C

Upon review of those exhibits, counsel discovered that Exhibit C, the Written Notice to Adverse Party of Filing of Notice of Removal in Federal Court, bore the incorrect Superior Court caption. Consequently, attached to this errata are PDF

documents of Exhibit A – Initial Order and Addendum, along with a corrected Exhibit C, which counsel is today filing in the Superior Court for the District of Columbia and serving upon counsel for Plaintiffs.

Respectfully submitted,

/s/ *Steven M. Klepper*

Steven M. Klepper, Bar No. MD 26664
KRAMON & GRAHAM, P.A.
One South Street, Suite 2600
Baltimore, Maryland 21202
410.752.6030 (voice)
410.361.8226 (facsimile)
sklepper@kg-law.com

*Attorneys for Defendant*

Dated: November 19, 2007



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

CYNTHIA PUTCHAT
Vs.
TRAVELERS INSURANCE COMPANY

C.A. No. 2007 CA 005926 B

## INITIAL ORDER AND ADDENDUM

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(m).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients <u>prior</u> to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference <u>once</u>, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

Chief Judge Rufus G. King, III

Case Assigned to: Judge GEOFFREY M ALPRIN
Date: August 24, 2007
Initial Conference: 9:00 am, Friday, November 23, 2007
Location: Courtroom 320
500 Indiana Avenue N.W.
WASHINGTON, DC 20001




Caio.doc

**ADDENDUM TO INITIAL ORDER AFFECTING ALL MEDICAL MALPRACTICE CASES**

In accordance with the Medical Malpractice Proceedings Act of 2006, D.C. Code § 16-2801, et seq. (2007 Winter Supp.), "[a]fter an action is filed in the court against a healthcare provider alleging medical malpractice, the court shall require the parties to enter into mediation, without discovery or, if all parties agree[,] with only limited discovery that will not interfere with the completion of mediation within 30 days of the Initial Scheduling and Settlement Conference ("ISSC"), prior to any further litigation in an effort to reach a settlement agreement. The early mediation schedule shall be included in the Scheduling Order following the ISSC. Unless all parties agree, the stay of discovery shall not be more than 30 days after the ISSC." D.C. Code § 16-2821.

To ensure compliance with this legislation, on or before the date of the ISSC, the Court will notify all attorneys and *pro se* parties of the date and time of the early mediation session and the name of the assigned mediator. Information about the early mediation date also is available over the internet at https://www:dccourts.gov/pa/. To facilitate this process, all counsel and *pro se* parties in every medical malpractice case are required to confer, jointly complete and sign an EARLY MEDIATION FORM, which must be filed no later than ten (10) calendar days prior to the ISSC. Two separate Early Mediation Forms are available. Both forms may be obtained at www.dccourts.gov/medmalmediation. One form is to be used for early mediation with a mediator from the multi-door medical malpractice mediator roster; the second form is to be used for early mediation with a private mediator. Both forms also are available in the Multi-Door Dispute Resolution Office, Suite 105, 515 5th Street, N.W. (enter at Police Memorial Plaza entrance). Plaintiff's counsel is responsible for eFiling the form and is required to e-mail a courtesy copy to earlymedmal@dcsc.gov. *Pro se* Plaintiffs who elect not to eFile may file by hand in the Multi-Door Dispute Resolution Office.

A roster of medical malpractice mediators available through the Court's Multi-Door Dispute Resolution Division, with biographical information about each mediator, can be found at www.dccourts.gov/medmalmediation/mediatorprofiles. All individuals on the roster are judges or lawyers with at least 10 years of significant experience in medical malpractice litigation. D.C. Code § 16-2823(a). If the parties cannot agree on a mediator, the Court will appoint one. D.C. Code § 16-2823(b).

The following persons are required by statute to attend personally the Early Mediation Conference: (1) all parties; (2) for parties that are not individuals, a representative with settlement authority; (3) in cases involving an insurance company, a representative of the company with settlement authority; and (4) attorneys representing each party with primary responsibility for the case. D.C. Code § 16-2824.

No later than ten (10) days after the early mediation session has terminated, Plaintiff must eFile with the Court a report prepared by the mediator, including a private mediator, regarding: (1) attendance; (2) whether a settlement was reached; or, (3) if a settlement was not reached, any agreements to narrow the scope of the dispute, limit discovery, facilitate future settlement, hold another mediation session, or otherwise reduce the cost and time of trial preparation. D.C. Code § 16-2826. Any Plaintiff who is *pro se* may elect to file the report by hand with the Civil Clerk's Office. The forms to be used for early mediation reports are available at www.dccourts.gov/medmalmediation.

Chief Judge Rufus G. King, III

**IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| CYNTHIA PUTCHAT et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 0005926-07 |
| | ) | Calendar #:___ |
| v. | ) | Judge: Geoffrey M. Alprin |
| | ) | Next Event: Initial Conference |
| TRAVELERS INSURANCE | ) | November 23, 2007 |
| COMPANY | ) | 9:15 a.m. |
| | ) | |
| Defendant. | ) | |

**WRITTEN NOTICE TO ADVERSE PARTY**
**OF FILING OF NOTICE OF REMOVAL IN FEDERAL COURT**

To: Eric M. Rome, Esquire
One Thomas Circle, NW
Suite 850
Washington, D.C. 20005

PLEASE TAKE NOTICE that a Notice of Removal of the above-captioned action from the Superior Court of the District of Columbia, to the United States District Court for the District of Columbia was filed in the United States District Court for the District of Columbia on November 13, 2007. A copy of such notice was on that date served on you with an incorrectly captioned copy of this paper.





Respectfully submitted,

*/s/ Steven M. Klepper*

Steven M. Klepper, #501899
KRAMON & GRAHAM, P.A.
One South Street, Suite 2600
Baltimore, Maryland 21202
410.752.6030 (voice)
410.539.1269 (facsimile)
sklepper@kg-law.com

*Attorneys for Defendant*

Dated: November 19, 2007

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of November, 2007, a copy of the foregoing paper was filed electronically and sent by first-class mail, postage prepaid, to

Eric M. Rome, Esquire
One Thomas Circle, NW
Suite 850
Washington, D.C. 20005

*Counsel for Plaintiffs*

*/s/ Steven M. Klepper*
Steven M. Klepper