UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CYNTHIA PUTCHAT et ux., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>TRAVELERS INSURANCE COMPANY )<br>)<br>Defendant. )<br>) | Case No. 1:07-CV-2051-(RJL) |

## STIPULATION OF DISMISSAL AND WITHDRAWAL OF MOTION

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties stipulate as follows:

1. Count II of plaintiffs' Complaint (Bad Faith Breach of Contract), and plaintiffs' prayer for punitive damages, are hereby dismissed with prejudice.

2. Defendant's Motion to Dismiss Count II of Complaint and Plaintiffs' Prayer for Punitive Damages is hereby withdrawn as moot.

Respectfully submitted,

/s/ Eric M. Rome
Eric M. Rome (DC Bar No. 367241)
Eisen & Rome, P.C.
One Thomas Circle, N.W.
Suite 850
Washington, D.C. 20005
(202) 659-2822x4 (telephone)
(202) 659-2896 (facsimile)
eric@eisenrome.com

00015731/ 1099-002

*Counsel for Plaintiffs Putchat and Kamen*

/s/ Steven M. Klepper
Steven M. Klepper (MD Bar No. 26664)
KRAMON & GRAHAM, P.A.
One South Street, Suite 2600
Baltimore, MD 21202
(410) 752-6030 (telephone)
(410) 361-8226 (facsimile)
sklepper@kg-law.com

*Counsel for the Defendant Travelers Insurance Co.*