UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CYNTHIA PUTCHAT, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>TRAVELERS INSURANCE CO. )<br>)<br>Defendant. )<br>) | Civil Case No. 07cv2051 (RJL) |

## PARTIES' JOINT MEET AND CONFER STATEMENT

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, and Rule 16.3 of the Local Rules of this Court, counsel for Plaintiffs Cynthia Putchat and Jeff Kamen ("Putchat"), and counsel for Defendant The Standard Fire Insurance Company ("Standard Fire") have conferred and hereby jointly submit the following report to the Court:

### I.   Brief Statement of the Case

Putchat was the holder of a Homeowner's Insurance policy issued by Standard for the property known as 3013 Q Street NW, Washington, DC (the 'Property"). On August 11, 2001, a flood occurred, damaging the Property and some personalty located therein. Disagreements arose between Putchat and Standard Fire regarding the valuation of the loss, leading to the present lawsuit.

### II.   Statutory Basis for All Causes of Action and Defenses

Plaintiff's Complaint for Breach of Contract was initially filed in the Superior Court for the District of Columbia pursuant to Sections 11-921 and 13-423 of the District of Columbia

Code. It was removed to this Court pursuant to 28 U.S.C. §§ 1332 at the request of Standard Fire. No other statutory bases have, at present, been cited for the parties' causes of action and/or defenses.

### III. Proposed Schedule

For the reasons articulated more fully below, the parties prefer that the Court not enter a Scheduling Order at this time, and that the matter be referred to a Magistrate Judge for ADR. However, in the event that the Court does not accept the parties' suggestion in that regard, the parties have agreed to the following proposed schedule:

| Event | Date/Deadline |
|---|---|
| Deadline to add parties and amend pleadings | January 31, 2008 |
| Exchange witness lists | February 15, 2008 |
| Deadline for service of written discovery requests | March 31, 2008 |
| Proponent's R. 26(a)(2) statements | June 30, 2008 |
| Opponent's R. 26(a)(2) statements | July 15, 2008 |
| All discovery closed | September 30, 2008 |
| Deadline for dispositive motions | October 15, 2008 |
| Deadline for decisions on dispositive motions | November 15, 2008 |
| Pre-Trial Conference | December, 2008 |
| Deadline for motions in limine | (30 days before trial) |

### IV. Topics Listed in LCvR 16.3(c)

    (1)    **Dispositive Motion**

The parties have not determined at this time whether they will be filing dispositive motions.

### (2) Joining Additional Parties and Amending Pleadings

As set forth above, the parties recommend setting January 31, 2008 as the deadline to amend pleadings.

### (3) Magistrate Judge

The parties do not consent to the assigning of this case to a Magistrate Judge for all purposes.

### (4) Possibility of Settling Case

The parties anticipate that there is a realistic possibility of settling this case and presently intend to pursue settlement.

### (3) ADR

**The parties request that this matter be immediately referred to a Magistrate Judge for the purposes of settlement discussions, and request that the no schedule be set until after the completion of that process. In the event that the Court agrees and grants this request, and if the ADR is unsuccessful, the parties will submit a new proposed schedule at that time.**

### (4) Dispositive Motions II

The parties acknowledge the possibility that dispositive motions may dispose of some or all aspects of this case, and recommend the above deadlines for filing and decisions upon such motions.

### (5) Initial Disclosures

3

The parties request that the initial disclosures required by FRCP 26(a)(1) be delayed until completion of the ADR process with the Magistrate Judge

**(6)   Discovery**

The parties recommend the above schedule for discovery.

**(7)   Expert Witnesses**

The parties recommend the above schedule for the exchange of witness reports and information pursuant to FRCP 26(a)(2).

**(8)   Class Actions**

This item is inapplicable to instant action.

**(9)   Bifurcation**

The parties do not have any proposals for bifurcation of discovery and/or the trial.

**(10)   Pre-Trial Conference Date**

As set forth above, the parties recommend setting December, 2008, as the approximate date for the pre-trial conference.

**(11)   Trial Date**

The parties agree that the trial date should be set at the pre-trial conference.

**(12)   Other Matters**

The parties have no other matters to recommend for inclusion in a scheduling order.

Respectfully submitted,

/s/ Eric M. Rome
Eric M. Rome (DC Bar No. 367241)
Eisen & Rome, P.C.
One Thomas Circle, N.W.
Suite 850
Washington, D.C. 20005
(202) 659-2822x4 (telephone)
(202) 659-2896 (facsimile)
eric@eisenrome.com
*Counsel for Plaintiffs*


 /s/ Steven M. Klepper
Steven M. Klepper (Bar No. MD 26664)
Kramon & Graham, P.A.
One South Street, Suite 2600
Baltimore, MD 21201
(410) 752-6030 (telephone)
(410) 361-8226 (facsimile)
sklepper@kg-law.com
*Counsel for the Defendant*