UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CYNTHIA PUTCHAT et al.,,** : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | Civil Case No. 07cv2051 (RJL) |
| : | |
| **TRAVELERS INSURANCE CO.** : | |
| : | |
| Defendant. : | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a), the parties to the above-captioned action, by their undersigned attorneys, hereby stipulate to the dismissal of this action with prejudice.

Respectfully submitted:

| /s/ *Eric M. Rome (by permission)* | /s/ *Steven M. Klepper* |
|---|---|
| Eric M. Rome (DC Bar No. 367241) | Steven M. Klepper, Bar No. MD 26664 |
| Eisen & Rome, P.C. | Kramon & Graham, P.A. |
| One Thomas Circle, N.W. | One South Street, Suite 2600 |
| Suite 850 | Baltimore, Maryland  21202 |
| Washington, D.C. 20005 | 410.752.6030 (voice) |
| (202) 659-2822x4 (telephone) | 410.539.1269 (facsimile) |
| (202) 659-2896 (facsimile) | sklepper@kg-law.com |
| eric@eisenrome.com | *Attorneys for The Standard Fire Insurance* |
| *Counsel for Plaintiffs* | *Company (incorrectly named as Travelers Insurance Company)* |

Dated:  August 25, 2008